**COUNTY OF LACKAWANNA & Paul Taramelli, Sr., Appellees**

v.

**John McGEE, Appellant.**

Supreme Court of Pennsylvania.

Aug. 6, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of August, 2004, the above appeal is quashed as untimely pursuant to 42 Pa.C.S. § 5571 and Pa.R.A.P. 105(b).

**In re Opening of BALLOT BOX OF the 1ST PRECINCT OF DONEGAL, Washington County, Pennsylvania**

**Appeal of Judith Fisher.**

**In re Opening of Ballot Box of the 2nd Precinct of Donegal, Washington County, Pennsylvania**

**Appeal of Judith Fisher.**

**In re Opening of Ballot Box of the Precinct of West Alexander, Washington County, Pennsylvania**

**Appeal of Judith Fisher.**

Supreme Court of Pennsylvania.

Sept. 9, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of September, 2004, the above captioned appeals are quashed.